UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN MOORE, III,

    Plaintiff,

v.                                    Case No. 4:24-cv-248-WS-MJF

FLORIDA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a Florida prisoner proceeding *pro se*, initiated this lawsuit on June 2, 2024, by filing a civil rights complaint concerning an incident that occurred at the Franklin Correctional Institution on May 8, 2024. Doc. 1. Plaintiff's complaint was not on the court-approved form and was not accompanied by the filing fee or a motion for leave to proceed *in forma pauperis*.

On June 24, 2024, the undersigned ordered Plaintiff to file the following: (1) a notice of voluntary dismissal; or (2) an amended civil rights complaint on the Northern District's form accompanied by the $405.00 filing fee or a complete application for leave to proceed *in forma*

*pauperis*. Doc. 5. The undersigned warned Plaintiff that failure to comply with the order likely would result in this case being dismissed. *Id*. at 5.

Plaintiff's compliance deadline was August 8, 2024. Doc. 7. To date, Plaintiff has not complied with the order dated June 24, 2024, and has not responded to the 14-day show-cause order entered on August 22, 2024. *See* Doc. 8.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 19th day of September, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

## **NOTICE TO THE PARTIES**

**The District Court referred this case to the undersigned to make recommendations regarding dispositive matters.** *See* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the report and recommendation.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only.**</u> **A party must serve a copy of any objections on all other parties. A party who fails to object to this report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**