IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN MOORE, III,

    Plaintiff,

v.                                                              4:24cv248–WS/MJF

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed September 19, 2024. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with court orders. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is

ADOPTED and incorporated by reference in this order of the court.

2. This case is DISMISSED without prejudice for failure to comply with court orders.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this    23rd    day of    October   , 2024.

s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE
